# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ANDERSON DIVISION

| | |
|---|---|
| Jessica Burgess, | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 8:12-cv-02800-TMC |
| Bureau of Collection Recovery, LLC; and DOES 1-10, inclusive, | : |
| Defendants. | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: November 12, 2012

Respectfully submitted,

By /s/Brian J. Headley
Brian J. Headley, Attorney at Law
District of South Carolina Bar ID No. 11427
145 Historic Drive
Mount Pleasant, SC 29464
Telephone: (855) 301-2100 ext. 5532
Facsimile: (888) 953-6237
bjheadley@yahoo.com
bheadley@lemberglaw.com

*Of Counsel to*
Lemberg & Associates, LLC
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (888) 953-6237
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

     I hereby certify that on November 12, 2012, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of South Carolina Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                      By   /s/Brian J. Headley  
                                           Brian J. Headley, Esq.