IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| Jessica Burgess, | : |
| | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 8:12-cv-02800-TMC |
| | : |
| Bureau of Collection Recovery, LLC; and | : |
| DOES 1-10, inclusive, | : |
| | : |
| | : |
| Defendants. | : |

## NOTICE OF VOLUNTARY DISMISSAL

Jessica Burgess ("Plaintiff"), by undersigned counsel, hereby voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: December 5, 2012

                                            Respectfully submitted,

                                            By:  /s/*Brian J. Headley*

                                            Brian J. Headley, Attorney at Law
                                            District of South Carolina Bar ID No. 11427
                                            145 Historic Drive
                                            Mount Pleasant, SC 29464
                                            Telephone: (855) 301-2100 ext. 5532
                                            Facsimile:  (888) 953-6237
                                            bjheadley@yahoo.com
                                            bheadley@lemberglaw.com

                                            *Of Counsel to*
                                            Lemberg & Associates, LLC
                                            1100 Summer Street, 3rd Floor
                                            Stamford, CT 06905
                                            Telephone: (203) 653-2250
                                            Facsimile: (888) 953-6237
                                            Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

  I hereby certify that on December 5, 2012, a true and correct copy of the foregoing was served electronically by the U.S. District Court for the District of South Carolina Electronic Document Filing System (ECF) and that the document is available on the ECF system.


           By  /s/*Brian J. Headley*
              Brian J. Headley, Esq.